

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

JMK
F.#2011R00002

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

January 18, 2012

**Via ECF & Federal Express**

Vincent S. Verdiramo, Esq.
316 Kennedy Boulevard
Jersey City, NJ 07306

> Re:  United States v. Rocco Ferrandino
>      Criminal Docket No. 11-027 (S-1) (ENV)

Dear Mr. Verdiramo:

Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure.

*A. Discovery*

| Exhibit | Description |
|---|---|
| 1 | Criminal history report for Rocco Ferrandino |
| 2 | Report of statements by Rocco Ferrandino, dated March 5, 2010 |
| 3 | Report of statements by Rocco Ferrandino, dated March 25, 2010 |
| 4 | Report of arrest and statements by Rocco Ferrandino, dated December 15, 2011 |
| 5 | Consensually recorded meetings by a cooperating witness ("CW-1") and Rocco Ferrandino |

| Exhibit | Description |
|---------|-------------|
| 6 | Recordings of wiretap interceptions of Rocco Ferrandino from the interception of wire communications to and from mobile telephone number (973) 255-0855, serviced by Verizon Wireless, subscribed to in the name of Dolores LaGrasso, 250 Ridgedale Avenue, Unit I6, Florham Park, New Jersey 07932 (the "LaGrasso Wire") and corresponding line sheets |
| 7 | Recordings of all wiretap interceptions from the LaGrasso Wire and line sheets |
| 8 | Applications, affidavits, orders, service provider orders, sealing applications/orders, unsealing application/order and expansion application/order for the LaGrasso Wire |

***B.  Reports of Examinations and Tests***

The government will provide the defendant with copies of reports of any examinations or tests in this case as they become available.

***C.  Expert Witnesses***

The government will comply with Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703 and 705 by notifying the defendant in a timely fashion of any expert that the government intends to call at trial and provide the defendant with a summary of the expert's opinion.

***D.  Brady Material***

The government is aware of and will comply with its obligation to produce exculpatory material or information within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and its progeny.

The government will furnish before trial information or material regarding payment, promises, immunity, leniency, or preferential treatment, if any, given to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), and Napue v. Illinois, 360 U.S. 264 (1959).  The government will furnish before trial information or material regarding any prior convictions of any co-conspirator, accomplice or informant who will testify for the government at trial.

2

### E.     *Other Crimes, Wrongs or Acts*

The government will provide the defendant with reasonable notice in advance of trial if it intends to offer any material under Fed. R. Evid. 404(b).

*          *          *          *          *

### *The Defendant's Required Disclosure*

The government requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure.  The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, photographs, tapes, tangible objects, or copies or portions thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results or reports of physical or mental examinations and of scientific tests or experiments, including fingerprint analyses, made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely upon at trial or which were prepared by a witness whom the defendant intends to call at trial.

The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify.  See Fed. R. Crim. P. 26.2.  In order to avoid unnecessary delays, the government requests that the defendant have copies of those statements available for production to the government no later than the commencement of trial.

The government also requests that the defendant disclose a written summary of testimony that the defendant intends to use as evidence at trial under Rules 702, 703 and 705 of the Federal Rules of Evidence.  The summary should describe

the opinions of the witnesses, the bases and reasons for the opinions, and the qualification of the witnesses.

Please contact me if you have any questions or further requests.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: __/s/_____
Jacquelyn M. Kasulis
Assistant U.S. Attorney
(718) 254-6103

cc: Clerk of the Court (ENV) (by ECF) (without enclosures)